# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Brownsville)
## CIVIL DOCKET FOR CASE #: 1:21–cv–00201

McDaniel Morris v. The Temple Independent School Dist. et al **DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.**
Assigned to: Judge Fernando Rodriguez, Jr
Referred to: Magistrate Judge Ronald G Morgan
Cause: 28:1332 Diversity–Employment Discrimination

Date Filed: 12/29/2021
Date Terminated: 12/29/2021
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Essie R. McDaniel Morris**　　　　　　　　　represented by **Essie R. McDaniel Morris**
1402 Vermont
Apt. #352
Harlingen, TX 78550
956–230–3978
Email: alandes@gmail.com
PRO SE

V.

**Defendant**

**The Temple Independent School Dist.**
*Benefits Dept. – David MoCauley – Dir. of Personnel*

**Defendant**

**Temple I.S.D.**
*Supt. of Temple Texas Schools*

**Defendant**

**Susan Joyce Dushner**
*Attorney*

**Defendant**

**Nelson D. Taylor**
*Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/29/2021 | 1 | COMPLAINT against All Defendants filed by Essie R. McDaniel Morris. (Attachments: # 1 Civil Cover Sheet)(EdnitaPonce, 1) (Additional attachment(s) added on 12/29/2021: # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Unredacted attachment Exhibits 19–21) (EdnitaPonce, 1). (Entered: 12/29/2021) |
| 12/29/2021 | 2 | |

| | | |
|---|---|---|
| | | MOTION/APPLICATION to Proceed In Forma Pauperis by Essie R. McDaniel Morris, filed. Motions referred to Ronald G Morgan. Motion Docket Date 1/19/2022. (EdnitaPonce, 1) (Entered: 12/29/2021) |
| 12/29/2021 | 3 | NOTICE to Pro Se Litigant of Case Opening. Party notified, filed. (EdnitaPonce, 1) (Entered: 12/29/2021) |
| 12/29/2021 | 4 | ORDER TO TRANSFER CASE to Western District of Texas, Waco Division (Signed by Magistrate Judge Ronald G Morgan) Parties notified.(dnoriega, 1) (Entered: 12/29/2021) |
| 12/29/2021 | | Interdistrict transfer to Western District of Texas, Waco Division. Case transferred electronically. Case terminated on 12/29/2021, filed. (dnoriega, 1) (Entered: 12/29/2021) |